WILLIAM S. LOUVAIN, Respondent, v. ROCHESTER TRANSIT CORPORATION, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile bus line negligence action.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

GEORGE S. GARTLEY, as Administrator of the Estate of REBA GARTLEY, Deceased, Respondent, v. AGNES UILDRIKS, as Administratrix of the Estate of HENRY UILDRIKS, JR., Deceased, Appellant.— Order affirmed, with costs. · All· concur. (The order sets aside the verdict of a jury in favor of plaintiff in an automobile negligence action, and grants plaintiff's motion for a new trial on the ground of inadequacy.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

FRED CORBELLI, Appellant, v. UNITED STATES GYPSUM COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order requires plaintiff to submit to a physical examination before trial.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROMAN J. MARCINKOWSKI, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator to the custody of defendant.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ. [See *post*, p. 807.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE GODICK, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator to the custody of defendant.) Present — Taylor, P. J., Dowling, Harris, McCurn and Love, JJ.

In the Matter of the Construction of the Will of HELEN S. EVERSON, Deceased. JOHN J. EVERSON et al., Appellants; FIRST TRUST & DEPOSIT COMPANY, as Executor and Trustee under the Will of HELEN S. EVERSON, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Motion to introduce newly discovered evidence, add this evidence to the record and for a new trial denied. Present — Taylor, P. J., Dowling, Harris and Larkin, JJ. [See 268 App. Div. 425.]

EVA RARICK, Respondent, v. LLOYD C. BRISTOL, Appellant.— Motion for reargument denied, with ten dollars costs, motion for leave to appeal to the Court of Appeals denied. Motion granted for a stay pending application to the Court of Appeals for leave to appeal to the Court of Appeals. Present — Dowling, Harris, McCurn and Larkin, JJ. [See 268 App. Div. 953.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH JACHIM, Appellant, against WILLIAM HUNT, as Warden of Attica State Prison, Respondent.— Motion for reargument denied, motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Dowling, Harris and McCurn, JJ. [See 268 App. Div. 1022.]

JAMES L. BROWN, Respondent, v. KEESHIN MOTOR EXPRESS COMPANY, INC., Appellant.— Motion for reargument denied, motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Dowling, Harris and Larkin, JJ. [See 268 App. Div. 1023.]